UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>        Plaintiff,                          )<br>                                                        )  Case No. MJ10-242<br>        v.                                      )<br>                                                        )<br>MARY ANN SMITH,                )  DETENTION ORDER<br>                                                        )<br>        Defendant.                       )<br>_____) | |

Offenses charged:

    COUNTS 1-6:    WIRE FRAUD, in violation of 18 U.S.C. § 1343

    COUNTS 7-8:    MAIL FRAUD, in violation of 18 U.S.C. § 1341

Date of Detention Hearing: June 11, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1) Defendant has stipulated to detention, reserving the right to contest her continued detention when she appears in the Western District of Tennessee.

2) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER                                                     15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the Western District of Tennessee and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge